July 8, 2020

Clerk of the Court
United States District Court
Southern District of Texas
1701 W Bus Hwy 83, Ste 1011
McAllen TX 78501

United States District Court
Southern District of Texas
FILED

AUG 0 3 2020

David J. Bradley, Clerk

RE: Request for Case Docket Sheet
Case No: M-6-592-2
Gonzalez v United States

Clerk of the Court:

Please mail a copy of my case docket sheet. I am asking to confirm I have received the two (2) point deduction.

Thank you,
Ramon Gonzalez
RAMON GONZALEZ
Reg No 37767-079
Federal Correctional Institution
1900 Simler Avenue
Big Spring TX 79720-7789

Ramon Gonzalez
REG NO 37767-079
FEDERAL CORRECTIONAL INSTITUTION
1900 SIMLER AVENUE
BIG SPRING TX 79720-7789

SPECIAL MAIL
LEGAL

CLERK OF THE COURT
US DISTRICT COURT
SOUTHERN DISTRICT OF TX
1701 W BUS HWY 83 STE 1011
MCALLEN TX 78501

MIDLAND / ODESSA
TX 797 2T
29 JUL 2020 PM

CLERK U.S. DISTRICT COURT
RECEIVED
AUG 03 2020
SOUTHERN DIST. OF TEXAS
MCALLEN, TEXAS

7850135178